# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jamie Lee Clyburn ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        1:11-cv-257

John Morgan, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/29/11 Order.

                                          Signed: November 30, 2011

                                          Frank G. Johns, Clerk
                                          United States District Court